UNRUE ET AL., APPELLEES, *v.* AKRON CITY HOSPITAL ET AL., APPELLANTS.

[Cite as Unrue *v.* Akron City Hosp. (1986), 28 Ohio St. 3d 306.]

(No. 85-1384—Decided December 22, 1986.)

*Nukes & Perantinides Co., L.P.A., Paul G. Perantinides, Elizabeth B. Manning* and *Linda Tucci Teodosio,* for appellees.

*Roetzel & Andress* and *K. R. Aughenbaugh,* for appellant Akron City Hospital.

*Arter & Hadden, R. Crawford Morris* and *Irene C. Keyse-Walker;* and *Charles E. Pierson,* for appellant Eugene S. Jursek, M.D. et al.

The judgment of the court of appeals in case No. 11807 is hereby affirmed, but for the reasons stated in *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.